UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INTERLINC MORTGAGE SERVICES, LLC, | § § § § § § § § § § § § | |
| *Plaintiff,* | | Case No. 4:21-CV-00671 |
| v. | | |
| SHANNON FORTNER, et al. | | JUDGE CHARLES ESKRIDGE |
| *Defendants.* | | |

## DECLARATION OF GENE THOMPSON

1. My name is Gene F. Thompson III. My date of birth is October 20, 1973, and my business address is 5875 N. Sam Houston Pkwy W, Suite 300, Houston, TX 77086.

2. I am the President and CEO of InterLinc Mortgage Services, LLC. I am competent to make the statements contained in this declaration and declare under penalty of perjury that the statements in this declaration are true and correct based on my personal knowledge.

3. In connection with their employment at InterLinc, Defendants Bridget Morris, Garret O'Leary, Kelsey Douglas, Kenneth Springfield, Laura Chilcott, and Samantha Baldino (referred to as the Assistants) executed Employment Agreements. True and Correct copies of those employment agreements are attached hereto and were also attached, in relevant part, as Exhibit 1 to InterLinc's Response to Assistants' Rule 12(b)(2) Motion to Dismiss [Doc. 53].

4. By signing their respective Employment Agreements, InterLinc understood that each of the Assistants had agreed to the various clauses in such Employment Agreements, including the venue and forum selection clauses.

**EXHIBIT A**

Executed on May 24th, 2021 in Harris County, Texas.

_____
GENE F. THOMPSON III